IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LA'MEIA SOLOMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIV-22-359-SLP |
| v. ) | |
| ) | |
| DOUGLAS A. COLLINS, Secretary, ) | |
| U.S. Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Plaintiff's Amended Motion to Stay Taxation of Costs [Doc. No. 86] and Amended Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. No. 88]. Plaintiff filed these Motions *pro se*.

"When individual parties 'have the assistance of counsel, courts need not consider any filings made *pro se*.'" *Bunn v. Perdue*, 966 F.3d 1094, 1098 (10th Cir. 2020) (quoting *United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008) (unpublished)). The Local Rules of the Western District of Oklahoma require "[i]n civil cases, attorneys of record shall not withdraw from the case except by leave of the judge to whom the case is assigned, upon reasonable notice to the client and all other parties who have appeared in the case. LCvR83.5.

Patricia A. Podolec entered an appearance as counsel for Plaintiff La'Meia Solomon on May 12, 2022 [Doc. No. 20]. Ms. Podolec has not withdrawn from the representation of Plaintiff. Plaintiff submitted the Motions before the Court *pro se* despite the continued representation by Ms. Podolec.

For all the reasons set forth above, Plaintiff's Amended Motion to Stay Taxation of Costs [Doc. No. 86] and Amended Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. No. 88] are STRICKEN as procedurally improper.

IT IS SO ORDERED this 6th day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE