IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LA'MEIA SOLOMON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS A. COLLINS, Secretary, ) <br> U.S. Department of Veterans Affairs, ) <br> ) <br> Defendant. ) | CIV-22-359-SLP |

## **O R D E R**

Before the Court is Plaintiff La'meia Solomon's Corrected Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. No. 94] and Amended Motion to Stay Taxation of Costs Pending Appeal [Doc. 95].

Since the filing of the Motions, Plaintiff has paid the $605 appellate filing fee in full. *See* Receipt [Doc. No. 103]. As such, Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal is moot. *See*, *e.g.*, *Schell v. Vaughn*, 549 F.App'x 788, 791 n. 2 (10th Cir. 2013) (finding that once appellate filing fee was paid, the motion to proceed in forma pauperis was deemed moot); *Perez-Castro v. Holder*, 527 Fed. App'x. 777, 781 (10th Cir. 2013) (same).

The Court notes that while Defendant has submitted a Bill of Costs and a Brief in Support, *see* [Doc. Nos. 73 and 74], the Bill of Costs remains pending before the Clerk of the Court. Because a Taxation of Costs has not been entered, Plaintiff's Amended Motion

to Stay Taxation of Costs is premature and procedurally improper. *See* Fed. R. Civ. P. 54(d); LCvR54.1.

IT IS THEREFORE ORDERED that Plaintiff's Corrected Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. No. 94] is DENIED as MOOT.

IT IS FURTHER ORDERED that Plaintiff's Amended Motion to Stay Taxation of Costs [Doc. No. 95] is DENIED without prejudice to refiling if costs are taxed against Plaintiff.

IT IS SO ORDERED this 11th day of December, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE